FOURTH DEPARTMENT, SEPTEMBER, 1966

(September 15, 1966)

■ BUFFALO SAVINGS BANK, Plaintiff, v. SIGER, INC., et al., Defendants. ETHEL COFFER, Plaintiff, v. GURNEY M. KRANZ et al., Defendants.— Motion to appeal as a poor person denied (see *Jenks* v. *Murphy*, 21 A D 2d 346). Motion for a stay of judgment denied (see CPLR 5519, subd. [a]).

(September 22, 1966)

■ SYRACUSE MEMORIAL HOSPITAL, Appellant, v. JAY KRAMER et al., Constituting the New York State Labor Relations Board, Respondents. CENTRAL NEW YORK SERVICE TRADES HOSPITAL AND NURSING HOME ORGANIZATION COMMITTEE, AFL–CIO, Intervenor-Respondent.— Appeal unanimously dismissed as academic, without costs to any party. All stays which have been granted in this proceeding are hereby vacated. (Appeal from order of Onondaga Special Term which vacated a preliminary injunction granted by Hudson, J.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ CROUSE-IRVING HOSPITAL, Appellant, v. JAY KRAMER et al., Constituting the New York State Labor Relations Board, Respondents. CENTRAL NEW YORK SERVICE TRADES HOSPITAL AND NURSING HOME ORGANIZATION COMMITTEE, AFL–CIO, Intervenor-Respondent.— Appeal unanimously dismissed as academic, without costs to any party. All stays which have been granted in this proceeding are hereby vacated. (Appeal from order of Onondaga Special Term which vacated a preliminary injunction granted by Hudson, J.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR LESLIE TROTMAN, Appellant.— Order unanimously affirmed. Memorandum: The original written application of appellant upon which the order appealed from was based is not in the file of the County Clerk and the parties have been unable to produce it. We have considered, however, the allegations of the petition to this court, sworn to by appellant on the 2d day of August, 1966, as stating the basic facts of some of petitioner's contentions. These same facts were presented on the argument of the appeal. In deciding the issues, we have examined the psychiatric report. (Appeal from order of Onondaga County Court denying, without a hearing, motion for resentence.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ JOHN G. PRESTI et al., Appellants, v. VIOLET M. SCHALCK et al., Respondents.— Appeal unanimously dismissed, without costs, on the court's own motion. Memorandum: The order directing plaintiffs to answer certain questions at a pretrial examination was not appealable as a matter of right (*Brimberg* v. *Frielich*, 10 A D 2d 850; *Brown* v. *Golden*, 6 A D 2d 766) and appellants failed to obtain the required permission to appeal (CPLR 5701, subd. [c]). (Appeal from order of Niagara Special Term requiring plaintiffs to answer certain questions and make full disclosure of all matters pertaining to said questions.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN NELSON, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent. — Order unanimously reversed and proceeding remitted to Wyoming County